WILLIAM H. DONCASTER and Another, Copartners Doing Business under the Firm Name of W. H. DONCASTER & SON, Respondent, v. LOUIS DeCARLO, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CHARLES A. ERICKSON, Respondent, v. ERNEST SUTTON, Defendant, and ELVIN SUNDELL, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

STEFANO MONTE, Appellant, v. ANDREW COCCA and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LIBORIO L. TEMPIO, Appellant, v. ANDREW COCCA and Another, Respondents. — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ERMA E. BLANKMAN, as Administratrix, etc., of ERNEST R. BLANKMAN, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HELEN DiMASCIO, as Administratrix, etc., of PHILIP DiMASCIO, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WINIFRED W. POWERS, Respondent, v. ELIZABETH COSHWAY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HUDSON CO-OPERATIVE COMPANY, Respondent, v. WALKER D. HINES, Director-General of Railroads, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRED W. GALLIHER, Respondent, v. WALKER D. HINES, Director-General of Railroads, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CLAYTON C. CHRISTIE, Respondent, v. BIDWELL P. MOORE, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers by April first. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CARRIE B. WHEELER, Appellant, v. FREDERICK W. BEHLING, Respondent.— Motion to withdraw appeal granted, upon payment of costs of appeal. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GEORGE W. VAN STONE, Appellant, v. MAX ANDREWS, Respondent.— Appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.